United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Travis M Allred  
Lauren M Allred  
     Debtors

Case No. 17-13198-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia    Page 1 of 1    Date Rcvd: Feb 05, 2018  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.  
db/jdb       +Travis M Allred,   Lauren M Allred,   1706 Justin Lane,   Paoli, PA 19301-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Joint Debtor Lauren M Allred brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Debtor Travis M Allred brad@sadeklaw.com, bradsadek@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE LLC KMcDonald@blankrome.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Travis & Lauren Allred

                                     Case No.: 17-13198

Debtor(s)                                      Chapter 13

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,745.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Dated:** February 5, 2018

                                                    Honorable Magdeline D. Coleman
                                                    U.S. Bankruptcy Judge