UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Travis M. Allred | : | Case No.: 17-13198-MDC |
| Lauren M. Allred | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Incur New Debt, Docket No. 40.

Dated: October 5, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008