UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Travis M. Allred | : | Case No.: 17-13198-mdc |
| Lauren M. Allred | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

## AMENDED ORDER

**AND NOW,** this __14th__ day of __October__, 2020, upon consideration of the Motion to Incur New Debt filed by debtors, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to refinance his real property and pay off the Chapter 13 Bankruptcy Plan. Additionally, if Debtor is approved for re-financing then he will file an additional motion for specific approval of the loan.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Date: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge