United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-13198-mdc
Travis M Allred  Chapter 13
Lauren M Allred
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb    + Travis M Allred, Lauren M Allred, 1706 Justin Lane, Paoli, PA 19301-1023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb    *+    Lauren M Allred, 1706 Justin Lane, Paoli, PA 19301-1023

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

**Name    Email Address**

BRAD J. SADEK
    on behalf of Joint Debtor Lauren M Allred brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Debtor Travis M Allred brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KEVIN G. MCDONALD
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER bkgroup@kmllawgroup.com

District/off: 0313-2 | User: Virginia | Page 2 of 2
Date Rcvd: Oct 14, 2020 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Travis M. Allred | : | Case No.: 17-13198-mdc |
| Lauren M. Allred | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

## **AMENDED ORDER**

**AND NOW,** this __14th__ day of _____October_____, 2020, upon consideration of the Motion to Incur New Debt filed by debtors, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to refinance his real property and pay off the Chapter 13 Bankruptcy Plan. Additionally, if Debtor is approved for re-financing then he will file an additional motion for specific approval of the loan.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Date: _____

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge