United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Travis M Allred  
Lauren M Allred  
    Debtors

Case No. 17-13198-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Travis M Allred, Lauren M Allred, 1706 Justin Lane, Paoli, PA 19301-1023 |
| 13913241 | + | Aes/efs Finance Co, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13931374 | + | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 13913242 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 13913244 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13945460 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13913255 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 13913256 | + | GC Services, PO Box 1545, Houston, TX 77251-1545 |
| 14033313 | | GLHEC on behalf of Great Lakes Higher Ed Guar Corp, PO Box 8961, Madison WI 53708-8961 |
| 13913257 | + | Grange Insurance, PO Box 182657, Columbus, OH 43218-2657 |
| 13913258 | + | Hayt, Hyat and Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 13913260 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 13913263 | + | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 13977943 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13913265 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13913266 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13913267 | + | Tredyffrin Township, 1100 DuPortail Road, Berwyn, PA 19312-1079 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:37 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13913243 | + | Email/Text: legal@arsnational.com | Jun 16 2021 23:43:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 13913245 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:31 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13942148 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 17-13198-mdc    Doc 53    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 35 |

| 13913251 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Jun 16 2021 23:49:01 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13913254 | + | Email/Text: mediamanagers@clientservices.com Jun 16 2021 23:43:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 13913259 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Jun 16 2021 23:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13913252 |  | Email/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2021 23:49:30 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13939872 |  | Email/PDF: MerrickBKNotifications@Resurgent.com Jun 16 2021 23:49:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13970568 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 16 2021 23:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13913261 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 16 2021 23:44:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13913264 | + | Email/Text: Bankruptcies@nragroup.com Jun 16 2021 23:46:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13975427 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2021 23:49:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13914840 | + | Email/PDF: rmscedi@recoverycorp.com Jun 16 2021 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13948642 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2021 00:08:46 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13913246 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13913247 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13913248 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13913249 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13913250 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13913253 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13971439 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13913262 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Joint Debtor Lauren M Allred brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Travis M Allred brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Travis M Allred and Lauren M Allred
      Debtor(s)                                Bankruptcy No: 17−13198−mdc
                                                  Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                             For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 6/16/21

                                                                                                                       52 − 51
                                                                                                  Form 138_new